**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES NEWMAN, | ) | No. C 05-01724 JW (PR) |
|     Plaintiff, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| M. McCLEAN, et al., | ) | |
|     Defendant(s). | ) | |

This complaint is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(g). Judgment is entered accordingly.

The clerk shall close the file.

DATED: June 1, 2007

JAMES WARE
United States District Judge

Judgment
P:\PRO-SE\SJ.JW\CR.05\Newman01724_judgment.wpd